Filed 3/15/12 by Clerk of Supreme Court

IN THE SUPREME COURT

STATE OF NORTH DAKOTA

2012 ND 52

In the Interest of A.N.P., a minor child 

-------------------------

Ashley Peterson, L.S.W., 

Cass County Social Services, Petitioner and Appellee

v.

A.N.P., a child, 

H.P., father, 

A.N., mother, Respondents

-------------------------

A.N., mother, Respondent and Appellant

No. 20120004

Appeals from the Juvenile Court of Cass County, East Central Judicial District, the Honorable John Charles Irby, Judge.

AFFIRMED.

Per Curiam.

Constance L. Cleveland (argued), Assistant State’s Attorney, P.O. Box 3106, Fargo, N.D. 58108-3106, for petitioner and appellee.

Gene W. Doeling (on brief), P.O. Box 423, Fargo, N.D. 58107-0423, and Daniel A. Gulya (argued), 1133 N. Broadway, Fargo, N.D. 58102, for respondent and appellant.

Interest of A.N.P.

No. 20120004

Per Curiam.

[¶1] A.N. appeals from the juvenile court’s order affirming the judicial referee’s order finding A.N.P. is a deprived child and terminating A.N.’s parental rights to A.N.P.  On appeal, A.N. argues the juvenile court erred in finding A.N.P. is a deprived child and the judicial referee failed to give witnesses’ testimony appropriate weight.

[¶2] We affirm under N.D.R.App.P. 35.1(a)(2).

[¶3] Gerald W. VandeWalle, C.J.

Mary Muehlen Maring

Daniel J. Crothers

Dale V. Sandstrom

Carol Ronning Kapsner